# EXHIBIT A

**SUPERIOR COURT OF CALIFORNIA**
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2022-00042499-CU-MT-CTL | Filing Date: | 10/21/2022 |
| Case Title: | ESPARZA VS CONCENTRIX CORPORATION [E-FILE] | Case Age: | 54 days |
| Case Status: | Pending | Location: | Central |
| Case Category: | Civil - Unlimited | Judicial Officer: | Ronald F. Frazier |
| Case Type: | Mass Tort | Department: | C-65 |

### Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| 04/28/2023 | 10:45 AM | C-65 | Civil Case Management Conference - Complaint |

### Participants

| Name | Role | Representation |
|---|---|---|
| Concentrix Corporation | Defendant | |
| Esparza, Miguel | Plaintiff | Ferrell, Scott J; Knowles, Victoria C |

### Representation

| Name | Address | Phone Number |
|---|---|---|
| FERRELL, SCOTT J | PACIFIC TRIAL ATTORNEYS 4100 Newport Place Drive 800 Newport Beach CA 92660 | (949) 706-6464 |
| KNOWLES, VICTORIA C | NEWPORT TRIAL GROUP 4100 Newport Place 800 Newport Beach CA 92660 | (949) 706-6464 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 10/21/2022 | Complaint filed by Esparza, Miguel. Refers to: Concentrix Corporation | Esparza, Miguel (Plaintiff) |
| 2 | 10/21/2022 | Civil Case Cover Sheet filed by Esparza, Miguel. Refers to: Concentrix Corporation | Esparza, Miguel (Plaintiff) |
| 3 | 10/21/2022 | Original Summons filed by Esparza, Miguel. Refers to: Concentrix Corporation | Esparza, Miguel (Plaintiff) |
| 4 | 10/24/2022 | Summons issued. | |
| 5 | 10/21/2022 | Case assigned to Judicial Officer Frazier, Ronald. | |
| 6 | 10/24/2022 | Civil Case Management Conference scheduled for 04/28/2023 at 10:45:00 AM at Central in C-65 Ronald F. Frazier. | |
| 7 | 10/24/2022 | Case initiation form printed. | |
| 8 | 10/31/2022 | Proof of Service of 30-day Summons & Complaint - Personal filed by Esparza, Miguel. Refers to: Concentrix Corporation | Esparza, Miguel (Plaintiff) |
| 9 | 11/23/2022 | Amended Complaint (FIRST) filed by Esparza, Miguel. Refers to: Concentrix Corporation | Esparza, Miguel (Plaintiff) |